Diep X. HOANG, Plaintiff–Appellant,

v.

ABBOTT LABORATORIES, INC., Katherine Green, Kenneth A. Wilson, Maurizo Acquasaliente, Stephen Montgomery, Zhenkun Ma, Ly Tam Phan, Suoming Zhang, Stevan W. Djuric, Yat Sun Or, and Sanjay Chemburkar, Defendants–Appellees.

No. 2010–1061.

United States Court of Appeals, Federal Circuit.

Sept. 16, 2010.

Before MAYER, LOURIE, and BRYSON, Circuit Judges.

### ORDER

PER CURIAM.

The court treats Diep X. Hoang's motion to recall the mandate as a motion for reconsideration of the court's May 3, 2010 order dismissing her appeal for failure to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

Verlene L. PARKER, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2010–5139.

United States Court of Appeals, Federal Circuit.

Sept. 17, 2010.

Bruce K. Trauben, Department of Justice, Washington, DC, for Defendant–Appellee.

Verlene L. Parker, Flint, MI, pro se.

### ON MOTION

### ORDER

Verlene L. Parker moves for a waiver of the bill of costs,

Accordingly,

IT IS ORDERED THAT:

(1) The motion is deferred for consideration by the merits panel assigned to hear this case.

(2) A copy of Parker's motion and this order shall be transmitted to the merits panel assigned to hear this case.